912

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WENDELL FLOYD, Defendant-Appellant.

(No. 72-93; 

Second District—December 11, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Paul Bradley and Ralph Ruebner, both of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.